## (June 30, 1983)

■ PHILLIPS CONSTRUCTION CO., INC., Respondent, v CITY OF NEW YORK, Appellant and Third-Party Plaintiff. BRODSKY, HOPF AND ADLER, Third-Party Defendants. — Order, Supreme Court, New York County (Bernard Nadel, J.), entered on September 24, 1982, unanimously affirmed, without costs and without disbursements. (See *Rosenman Corp. v City of New York,* 87 AD2d 564.) This court grants defendant-appellant's motion, made upon oral argument, for leave to appeal to the Court of Appeals and certifies the following question: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur — Murphy, P. J., Silverman, Bloom, Milonas and Kassal, JJ.

■ EDWARD F. WYDALLIS, Appellant, v UNITED STATES FIDELITY & GUARANTY COMPANY, Respondent. — Judgment, Supreme Court, New York County (Shirley R. Levittan, J.), entered on August 30, 1982, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on August 11, 1982, is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Silverman, Bloom, Milonas and Kassal, JJ.